# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **CRIMINAL NUMBER 99-437-1** |
| : | |
| **MARCUS REDRICK** : | |

## O R D E R

**AND NOW**, this 19th day of November, 2020, upon consideration of Defendant's Motion for Reduced Sentence under the First Step Act [Doc. No. 136] and the government's response thereto, it is hereby **ORDERED** that the sentence in the above-captioned matter is reduced to time served. All other terms and conditions of the original sentence remain in place.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**THE HONORABLE CYNTHIA M. RUFE**
**United States District Court Judge**